**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MILISSA SMITH, | ) | |
| | ) | |
| Plaintiff-Relator, | ) | |
| | ) | |
| v. | ) | Case No. 6:18-CV-03267-BCW |
| | ) | |
| MERCY HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Relator Milissa Smith and Defendants Mercy Health, MHM Support Services, Mercy Hospital Rogers, Mercy Hospital Joplin, Mercy Hospital Fort Smith, Mercy Hospital Springfield, Mercy Hospitals East Communities, Mercy Hospital Jefferson, Mercy Hospital Lebanon, Mercy Hospital ADA, Inc., Mercy Hospital Ardmore, Inc., Mercy Hospital El Reno, Inc., Mercy Hospital Oklahoma City, Inc., Mercy Kansas Communities, Inc., and Mercy Hospital South, by and through their attorneys of record, having jointly filed a Stipulation for Dismissal (Doc. #200) and the United States having filed its Notice of Consent to Dismissal (Doc. #201), pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED that,

1. This action is dismissed with prejudice as to Milissa Smith;

2. This action is dismissed without prejudice as to the United States;

3. All contents of the Court's file that were filed in this action between August 24, 2018, and June 20, 2021, shall remain under seal and not be made public.

IT IS SO ORDERED.

Dated: <u>May 14, 2026</u>                    <u>/s/ Brian C. Wimes</u>
                              BRIAN C. WIMES, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT